FRANK B. EATON AND LILLIAN EATON, RELATORS, v. VIL-
LAGE OF SOUTH ORANGE ET AL., DEFENDANTS.

Submitted November 6, 1924—Decided February 26, 1925.

**Zoning—Apartment-house—Location and Size Such as to Con-
stitute Possible Menace to Safety—Alternative Writ to Per-
mit Framing of Pleadings for Presentation of Matters on
Appeal Allowed.**

On rule to show cause why a *mandamus* should not issue.

Before Justices KALISCH, BLACK and CAMPBELL.

For the relators, *Howe & Davis.*

For the defendants, *Riker & Riker.*

PER CURIAM.

This matter is before the court upon a rule to show cause
why an alternative or peremptory writ of *mandamus* should
not issue requiring the building inspector of South Orange
to issue to relators a permit to erect a four-story brick apart-
ment-house to accommodate thirty-six (36) families, at the
corner of South Orange avenue and Prospect street.

The matters presented upon this rule to show cause are
identical with those prosecuted in Michel *v.* South Orange,
No. 247, of this term, with the exception that in that case
the proposed building was three stories in height, designed
to house twenty-seven (27) families, while here the height is
four stories and the capacity thirty-six (36) families. For
the reasons stated in the Michel case an alternative writ of
*mandamus* will be allowed for the purpose that the pleadings
may be so framed as to present the matters involved upon
appeal.

Let such rule be entered.